IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HERSHELL FUGATE and <br> SUSAN FUGATE, <br><br>     Plaintiffs, <br><br> v. <br><br> BOEING CO., et al., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 13-152-SLR/SRF <br> ) <br> ) <br> ) <br> ) |

## ORDER

At Wilmington this 19th day of July, 2013, having considered the Report and Recommendation of United States Magistrate Judge Sherry R. Fallon issued on June 20, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 68) is adopted.

2. Defendant Higbee's motion to dismiss for lack of personal jurisdiction (D.I. 23) is granted.

3. Plaintiffs' request for leave to conduct jurisdictional discovery (D.I. 25) is denied.

                                                                                           _/s/_ <br>
                                                                     United States District Judge